Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
DUANE MORRIS LLP
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 415.957.3179
Facsimile: 702.974.1058
Email: dcanderson@duanemorris.com
　　　　 dbheidtke@duanemorris.com

Attorneys for Plaintiffs *Liberty Mutual Fire Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY F/K/A CHARTIS SPECIALTY INSURANCE COMPANY AND ALSO AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois Corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01260-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY TO RESPOND TO THE COMPLAINT (FIRST REQUEST)** |

Plaintiff, AIG SPECIALTY INSURANCE COMPANY F/K/A CHARTIS SPECIALTY INSURANCE COMPANY AND ALSO AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY ("Plaintiff"), and Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Defendant" and collectively, with Plaintiff the "Parties"), by and through their respective counsel of record, and pursuant to Local Rules 6-1(a) and 6-2, and Federal Rule of Civil Procedure Rule 6, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint (**ECF No. 1**) on May 5, 2017;

WHEREAS, Defendant was served with the Complaint (**ECF No. 1**) on or around, or shortly after, May 16, 2017 (**ECF No. 9**);

1  WHEREAS, Defendant has requested, and Plaintiff has consented to, an extension of time to answer Plaintiff's Complaint to **July 6, 2017**; and

WHEREAS, Fed.R.Civ.P. 6(b) requires the Court to approve an extension of time for Defendant to file an answer, and therefore the Parties collectively request the Court approve the stipulation, as set forth below:

a. This is the Parties' first stipulation for an enlargement of time to answer Plaintiff's Complaint;

b. The Parties stipulate and agree that the deadline for Defendant to file an answer shall be extended to **July 6, 2017**; and

c. This stipulation is not made for purposes of delay.

IT IS SO STIPULATED.

**DUANE MORRIS LLP**

By: /s/ *Daniel B. Heidtke*
Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)

Attorneys for Defendant *Liberty Mutual Fire Insurance Company*

**HEROLD & SAGER**

By: [signature]
Andrew D. Herold (SBN 7378)
Joshua A. Zlotlow (SBN 11333)
Attorneys for Plaintiff *AIG Specialty Insurance Co. f/k/a Chartis Specialty Insurance Co. and also American International Specialty Lines Insurance Co.*

**DENIED.** *See* Local Rule IA 6-1(a) (parties must state the reasons for extensions requested). IT IS SO ORDERED.
Dated: June 7, 2017

_____
United States Magistrate Judge