**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AIG SPECIALITY INSURANCE COMPANY,   )

                            )

             Plaintiff(s),        )

                            )

vs.                            )

                            )

LIBERTY MUTUAL FIRE INSURANCE    )

COMPANY,                     )

                            )

             Defendant(s).     )

Case No. 2:17-cv-01260-APG-NJK

ORDER

(Docket No. 25)

Pending before the Court is an *ex parte* motion to resolve Defendant's motion for stay on an expedited basis. Docket No. 25. As a threshold matter, the Court finds that sufficient grounds for failing to give notice of the motion to Plaintiff were not articulated. Defendant shall serve a copy of its *ex parte* motion on Plaintiff, and shall file a proof of service by July 11, 2017.

As to the merits of the *ex parte* motion, Defendant contends that its motion to stay must be resolved on an expedited basis because the summary judgment motion in this case may be decided first and/or the parties may engage in discovery. Docket No. 25 at 5-6. Especially since neither of those actions is imminent, the Court disagrees that there is a threat of irreparable harm to Defendant should the motion not be considered on an expedited basis. Nonetheless, the Court will order this matter briefed on shortened time to avoid any potential complications with proceedings in this Court and in the state court while the motion to stay is pending. Accordingly, any response to the motion to stay shall be filed by July 12, 2017, and any reply shall be filed by July 14, 2017.

Lastly, as of the drafting of this order, Defendant has not submitted courtesy copies of its recent filings. No later than noon on July 10, 2017, Defendant shall submit courtesy copies of Docket Nos. 23 and 24 directly to the undersigned's box in the Clerk's Office.

IT IS SO ORDERED.

DATED: July 7, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge