1  ANDREW D. HEROLD, ESQ.
   Nevada Bar No. 7378
2  JOSHUA A. ZLOTLOW, ESQ.
   Nevada Bar No. 11333
3  HEROLD & SAGER
   3960 Howard Hughes Parkway, Suite 500
4  Las Vegas, NV  89169
5  Telephone:  (702) 990-3624
   Facsimile:  (702) 990-3835
6  aherold@heroldsagerlaw.com
7  jzlotlow@heroldsagerlaw.com

8  Attorneys for Plaintiff AIG SPECIALTY INSURANCE COMPANY F/K/A CHARTIS
   SPECIALTY INSURANCE COMPANY AND ALSO AMERICAN INTERNATIONAL
9  SPECIALTY LINES INSURANCE COMPANY

10

11                    **UNITED STATES DISTRICT COURT**

12                         **DISTRICT OF NEVADA**

13  AIG SPECIALTY INSURANCE COMPANY          CASE NO. 2:17-cv-01260-APG-NJK
    F/K/A CHARTIS SPECIALTY INSURANCE
14  COMPANY AND ALSO AMERICAN                **STIPULATION AND ORDER**
    INTERNATIONAL SPECIALTY LINES           **EXTENDING TIME FOR AIG**
15  INSURANCE COMPANY, an Illinois          **SPECIALTY INSURANCE COMPANY**
16  Corporation,                            **F/K/A CHARTIS SPECIALTY**
                                            **INSURANCE COMPANY AND ALSO**
17           Plaintiff,                     **AMERICAN INTERNATIONAL**
                                            **SPECIALTY LINES INSURANCE**
18       vs.                                **COMPANY'S TO FILE OPPOSITION TO**
                                            **LIBERTY MUTUAL'S RENEWED**
19                                          **MOTION TO STAY FEDERAL COURT**
20  LIBERTY MUTUAL FIRE INSURANCE           **DECLARATORY JUDGMENT ACTION**
    COMPANY, a Massachusetts Corporation,   **PENDING RESOLUTION OF**
21                                          **UNDERLYING COURT ACTION**
             Defendant.
22                                          **(FIRST REQUEST)**

23

24       Plaintiff AIG SPECIALTY INSURANCE COMPANY F/K/A CHARTIS SPECIALTY

25  INSURANCE COMPANY AND ALSO AMERICAN INTERNATIONAL SPECIALTY LINES

26  INSURANCE COMPANY ("AISLIC") and Defendant, LIBERTY MUTUAL FIRE INSURANCE

27  COMPANY ("Liberty" and collectively, with AISLIC the "Parties"), by and through their

28  ///

attorneys of record, and pursuant to Local Rules 6-1(a)(b)(c) and 6-2, hereby stipulate and agree as follows:

WHEREAS, Defendant filed its Renewed Motion to Stay **(ECF No. 51)** on August 9, 2017;

WHEREAS, Plaintiff has requested, and Defendant has consented to, an extension of time to respond to Defendant's Renewed Motion to Stay to August 30, 2017;

WHEREAS, Plaintiff's handling attorneys are either out of the country or are otherwise unavailable during the time frame before the opposition's current due date;

WHEREAS, Fed.R.Civ.P. 6(b) requires the Court to approve an extension of time for Plaintiff to file a response, and therefore the Parties collectively request the Court approve the stipulation, as set forth below:

a. This is the Parties' first stipulation for enlargement of time to answer Defendant's Renewed Motion to Stay;

b. The Parties stipulate and agree that the deadline for Plaintiff to file a response to Defendant's Renewed Motion to Stay shall be extended to August 30, 2017.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    c.    This stipulation is not made for purposes of delay.

2

3    DATED: August 15, 2017                HEROLD & SAGER

4

5                                    By:   /s/ *Andrew D. Herold*
6                                          ANDREW D. HEROLD, ESQ.
                                           Nevada Bar No. 7378
7                                          JOSHUA A. ZLOTLOW, ESQ.
                                           Nevada Bar No. 11333
8                                          Attorneys for Plaintiff AIG SPECIALTY
9                                          INSURANCE COMPANY F/K/A CHARTIS
                                           SPECIALTY INSURANCE COMPANY AND
10                                         ALSO AMERICAN INTERNATIONAL
                                           SPECIALTY LINES INSURANCE COMPANY
11

12   DATED: August 15, 2017                DUANE MORRIS, LLP

13

14                                   By:   /s/ *Dominica C. Anderson*
15                                         DOMINICA C. ANDERSON, ESQ. SBN 2988
                                           DANIEL B. HEIDTKE, ESQ. SBN 12975
16                                         Attorneys for Defendant LIBERTY MUTUAL
                                           FIRE INSURANCE COMPANY
17

18

19

20

21   **IT IS SO ORDERED** August 16            _____, 2017.

22

23

24
                                           _____
25                                         U.S. DISTRICT MAGISTRATE JUDGE

26

27

28

STIPULATION EXTENDING TIME TO FILE OPPOSITION TO          CASE NO. 2:17-cv-01260-APG-NJK
LIBERTY MUTUAL'S RENEWED MOTION TO STAY