# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

AIG SPECIALTY INSURANCE COMPANY,

    Plaintiff(s),

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant(s).

Case No. 2:17-cv-01260-APG-NJK

ORDER

(Docket No. 63)

Pending before the Court is the parties' proposed discovery plan. Docket No. 63. In light of the pending motion to stay, Docket No. 51, the discovery plan is denied without prejudice. In the event the motion to stay is not granted, the parties shall file a renewed discovery plan within 14 days of the resolution of the motion to stay.

IT IS SO ORDERED.

DATED: September 6, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge