# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY, <br><br>Plaintiff(s), <br><br>v. <br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, <br><br>Defendant(s). | Case No. 2:17-cv-01260-APG-NJK <br><br>ORDER <br><br>(Docket Nos. 51, 66) |

Pending before the Court is Defendant's motion to stay these proceedings pending resolution of an underlying state court action. Docket No. 51. Plaintiff has now filed a request for judicial notice that includes a notice of settlement in the underlying state court action and an order from the state court vacating the motions pending in that case. Docket No. 66. The request for judicial notice is **GRANTED**, *see, e.g.*, *Trigueros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011) (federal courts may take judicial notice of state court record), and the motion to stay is **DENIED** as moot.

The parties shall file, no later than October 25, 2017, a joint proposed discovery plan.

IT IS SO ORDERED.

DATED: October 10, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge