# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY, | Case No. 2:17-cv-01260-APG-NJK |
| Plaintiff(s), | ORDER |
| v. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | |
| Defendant(s). | |

Pending before the Court is the parties' discovery plan. Docket No. 71. Neither party is particularly keen on beginning discovery. AISLIC argues that discovery should be stayed pending resolution of its motion for summary judgment, Docket No. 71 at 2, but has not filed a motion to stay discovery addressing the pertinent standards, *see, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579 (D. Nev. 2013). Liberty Mutual contends that it is not opposed to proceeding now with discovery, but simultaneously notes that the underlying state court proceedings have not been finally resolved and that it will seek a stay in the event the settlement of the underlying state court proceeding is not finalized. Docket No. 71 at 2.

The Court hereby **DENIES** the discovery plan without prejudice. AISLIC shall file within 14 days of this order a motion to stay discovery addressing the pertinent standards. That motion shall be briefed and decided in the normal course. Discovery is **STAYED** until the Court can rule on that motion.

//

//

//

The parties are **ORDERED** to file a joint status report regarding the underlying state court proceedings on November 9, 2017, and every 30 days thereafter until those proceedings formally conclude or the Court orders otherwise.

IT IS SO ORDERED.

DATED: October 25, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge