Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
DUANE MORRIS LLP
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 415.957.3179
Facsimile: 702.974.1058
Email: dcanderson@duanemorris.com
dbheidtke@duanemorris.com

Attorneys for Defendant *Liberty Mutual Fire Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY F/K/A CHARTIS SPECIALTY INSURANCE COMPANY AND ALSO AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois Corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01260-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR BRIEFING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 77]**<br><br>**(FIRST REQUEST)** |

Plaintiff, AIG SPECIALTY INSURANCE COMPANY F/K/A CHARTIS SPECIALTY INSURANCE COMPANY AND ALSO AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY ("Plaintiff"), and Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Defendant" and collectively, with Plaintiff the "Parties"), by and through their respective counsel of record, and pursuant to Local Rules 6-1(a) and 6-2, and Federal Rule of Civil Procedure Rule 6, hereby stipulate and agree as follows:

WHEREAS, on November 27, 2017, Defendant filed a Motion for Summary Judgment (ECF No. 77);

WHEREAS, on December 18, 2017, Plaintiff filed its Opposition to Defendant's Motion for Summary Judgment (ECF No. 89), and Declaration of Josh Zlotlow in Support of Motion for Summary Judgment (ECF No. 90);

WHEREAS, Defendant's Reply in Support of Defendant's Motion for Summary Judgment, if any, is currently due January 2, 2018;

WHEREAS, Defendant's counsel requested, on the basis of the holidays and because the undersigned Defendant's counsel came down with the flu, a short extension of one-week to file Defendant's Reply; and

WHEREAS, Plaintiff's counsel graciously extended a one-week extension, extending the deadline for Defendant to file a Reply in Support of its Motion for Summary Judgment from January 2, 2018 to **January 9, 2018;** and

WHEREAS, Fed.R.Civ.P. 6(b) requires the Court to approve an extension of time, and therefore the Parties collectively request the Court approve the stipulation, as set forth below:

a. This is the Parties' first stipulation for an enlargement of time;

b. The Parties stipulate and agree that the deadline for Defendant to file a Reply in Support of Defendant's Motion for Summary Judgment (ECF No. 77) shall be extended to **January 9, 2018**; and

c. This stipulation is not made for purposes of delay.

IT IS SO STIPULATED.

| **DUANE MORRIS LLP** | **HEROLD & SAGER** |
|---|---|
| By: /s/ *Daniel B. Heidtke*<br>Dominica C. Anderson (SBN 2988)<br>Daniel B. Heidtke (SBN 12975)<br><br>Attorneys for Defendant *Liberty Mutual Fire Insurance Company* | By: /s/ *Joshua A. Zlotlow*<br>Andrew D. Herold (SBN 7378)<br>Joshua A. Zlotlow (SBN 11333)<br>Attorneys for Plaintiff *AIG Specialty Insurance Co. f/k/a Chartis Specialty Insurance Co. and also American International Specialty Lines Insurance Co.* |

**IT IS SO ORDERED** this 27th day of December, 2017.

_____
U.S. DISTRICT DISTRICT JUDGE