UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br>Defendant. | Case No. 2:17-cv-01260-APG-NJK<br><br>ORDER<br><br>(Docket No. 93) |

Pending before the Court is the parties' joint proposed discovery plan and scheduling order. Docket No. 93. The parties request an additional 60 days from the presumptively reasonable discovery period of 180 days. Local Rule 26-1(a) dictates the requirements when longer deadlines are requested; however, the parties failed to abide by these requirements. Moreover, the parties measure the discovery cut-off from January 31, 2018, the date by which they expect to serve their initial disclosures. *Id.* at 2. Local Rule 26-1(b)(1) requires that the discovery cut-off be measured from the date the first defendant appeared which, as the parties acknowledge, was July 6, 2017. *Id.*; *see also* Docket No. 22.

//

//

//

//

//

Although the Court recognizes this instant case has involved numerous motions, orders, and hearings regarding Plaintiff's motion to stay discovery which have delayed conducting discovery, the parties have not provided a statement as to why (1) an additional 60 days is needed for discovery; and (2) the discovery cut-off is measured from a hypothetical date, as opposed to December 18, 2017, the date the Court denied Plaintiff's motion to stay discovery. Docket No. 88.

Accordingly, the parties' joint proposed discovery plan is hereby **DENIED**. The parties shall file a revised joint proposed discovery plan and scheduling order, in compliance with the Local Rules and this order, no later than January 5, 2018.

IT IS SO ORDERED.

Dated: December 29, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge