# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:17-cv-01260-APG-NJK<br><br>**ORDER FOR STATUS REPORT** |

    The parties filed a status report advising that the underlying action has been settled. ECF No. 100. In a prior status report, the parties indicated that attempts were being made at a global settlement. ECF No. 96. I therefore direct the parties to meet and confer, and file a joint status report by **March 2, 2018**, regarding whether this case also is going to be settled or whether the Court should resolve the pending motions in this case.

    DATED this 12th day of February, 2018.

                                                          ANDREW P. GORDON<br>                                                          UNITED STATES DISTRICT JUDGE