# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant(s). | Case No. 2:17-cv-01260-APG-NJK<br><br>ORDER<br><br>(Docket No. 109) |

Pending before the Court is a motion for leave to serve additional interrogatories. Docket No. 109. Any response shall be filed by May 22, 2018, and any reply shall be filed by May 23, 2018.

IT IS SO ORDERED.

DATED: May 18, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge