**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY, | Case No.: 2:17-cv-01260-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 109] |
| LIBERTY MUTUAL FIRE INSRANCE COMPANY, | |
| Defendant(s). | |

      Pending before the Court is Defendant's motion for additional interrogatories. Docket No. 109. The deadline to respond expired on May 22, 2018. Docket No. 110. No response was filed. Accordingly, the motion is hereby **GRANTED** as unopposed. *See* Local Rule 7-2(d). Defendant is therefore permitted to serve Plaintiff with a total of 55 interrogatories.[1]

      IT IS SO ORDERED.

      Dated: May 23, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] In a subsequent filing noting the lack of a response, Defendant requests an award of attorneys' fees. Docket No. 113. A proper motion for attorneys' fees must be filed. The Court herein expresses no opinion on that issue.

1