UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

AIG SPECIALTY INSURANCE COMPANY,

    Plaintiff(s),

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant(s).

Case No.: 2:17-cv-01260-APG-NJK

**Order**

[Docket No. 133]

Pending before the Court is a motion to shorten time. Docket No. 133. The Court has denied without prejudice the underlying motion, so the motion to shorten time is **DENIED** as moot. To the extent any renewed motion to compel is filed, it shall be briefed and decided in the ordinary course.[1]

IT IS SO ORDERED.

Dated: September 28, 2018

Nancy J. Koppe
United States Magistrate Judge

---

[1] The motion to shorten time indicates that a decision granting a motion to compel is ineffective if the discovery cutoff has expired. Docket No. 133 at 2. Not so. Discovery motions are regularly decided after the close of discovery. *Cf. Gault v. Nabsico Biscuit Co.*, 184 F.R.D. 620, 622 (D. Nev. 1999) (so long as there is not undue delay in filing it, "[a] motion to compel may be filed after the close of discovery"). In the event a renewed motion to compel is filed and is granted after the discovery cutoff, the Court will afford a reasonable period of time for compliance.