**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AIG SPECIALITY INSURANCE COMPANY, | Case No.: 2:17-cv-01260-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 137] |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | |
| Defendant(s). | |

Pending before the Court is a stipulation to conduct five depositions after the discovery cutoff, Docket No. 137, which is **GRANTED**. The identified depositions shall be completed by November 30, 2018. The Court also **EXTENDS** the deadline to file dispositive motions to January 11, 2019, and the deadline to file the joint proposed pretrial order to February 11, 2019 (or 30 days after resolution of any dispositive motions filed).

IT IS SO ORDERED.

Dated: October 11, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1