DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
DUANE MORRIS LLP
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
Email: dcanderson@duanemorris.com
tehafen@duanemorris.com

Attorneys for Defendant *Liberty Mutual Fire Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY F/K/A CHARTIS SPECIALTY INSURANCE COMPANY AND ALSO AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois Corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01260-APG-NJK<br><br>**PROVISIONAL JOINT STIPULATION AND [PROPOSED] ORDER TO CONDUCT CERTAIN DEPOSITIONS AFTER THE EXISTING DISCOVERY CUT-OFF DATE IN LIGHT OF SETTLEMENT**<br><br>**(FIFTH REQUEST)** |

Plaintiff AIG SPECIALTY INSURANCE COMPANY f/k/a CHARTIS SPECIALTY INSURANCE COMPANY and f/n/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY ("AISLIC") and Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty") collectively, (the "Parties"), by and through their attorneys of record, and pursuant to Local Rules IA 6-1(a)(b)(c) and 6-2, hereby stipulate and agree as follows:

WHEREAS, on or around January 8, 2018, the Court issued a scheduling Order (ECF No. 97) setting the discovery cut-off date in this matter on June 18, 2018;

WHEREAS, on or around June 28, 2018, the Court issued an Order (ECF No. 117) extending the discovery deadline until October 17, 2018;

WHEREAS, the Parties agreed to mediate on August 28, 2018 and requested an extension of the discovery cut-off to facilitate same and permit for time to take certain depositions thereafter, the

1
STIPULATION TO EXTEND DISCOVERY DEADLINE (FIFTH REQUEST)

DM1\9229104.3

mediation did not take place until October 4, 2018 because certain party representatives were not available due to a pending trial in another matter;

WHEREAS, this matter was not resolved at mediation on October 4, 2018;

WHEREAS, on or around October 11, 2018, the Court issued an Order (ECF No. 137) extending the discovery deadline until November 30, 2018 to allow the Parties and third-parties to confer on objections and conduct the depositions of the following five depositions set before the October 17, 2017 discovery cut-off in existence at that time:

| Deponent | Party Taking Deposition |
|---|---|
| AISLIC 30(b)(6) | Liberty |
| Liberty Mutual 30(b)(6) | AISLIC |
| Kring & Chung, LLP 30(b)(6) | AISLIC |
| Venetian Casino Resort, LLC 30(b)(6) | AISLIC |
| Taylor International Corporation 30(b)(6) | AISLIC |

WHEREAS, the deposition topics for AISLIC and Liberty pursuant to Fed.R.Civ.P. 30(b)(6) were substantially narrowed as a result of the Parties' numerous meet and confer efforts;

WHEREAS, upon significant conferring, the only dates that worked for all Parties and all counsel to take the depositions of AISLIC and Liberty pursuant to Fed.R.Civ.P. 30(b)(6) were during the third week of December, 2018;

WHEREAS, on November 8, 2018 the Court issued an Order (ECF No. 145) extending the discovery deadline until December 21, 2018 to take the depositions of AISLIC and Liberty pursuant to Fed.R.Civ.P. 30(b)(6);

WHEREAS, the depositions of third-parties Kring & Chung, LLP and Venetian Casino Resort, LLC pursuant to Fed.R.Civ.P. 30(b)(6) were taken in Irvine, CA and Las Vegas, NV on November 19, 2018, and November 20, 2018, respectively;

WHEERAS, the deposition for Taylor International Corporation pursuant to Fed.R.Civ.P. 30(b)(6) has been withdrawn;

WHEREAS, the only remaining depositions to be taken in this matter are those of AISLIC and Liberty pursuant to Fed.R.Civ.P. 30(b)(6), and the Parties tentatively planned to have these depositions taken back-to-back in Las Vegas on December 19-20, 2018, as those were the only dates

1  that worked for all counsel during the third week of December; the Parties served revised deposition
2  notices on one another accordingly;
3      WHEREAS, **the parties reached a settlement in this matter on December 10, 2018** (which
4  would alleviate the need to conclude the remaining discovery) but need additional time to prepare
5  and finalize a written settlement agreement and release to memorialize and bind the parties to the
6  terms of settlement prior to the expiration of discovery;
7      WHEREAS, although the Parties are mindful of the fact the Court noted in its November 8,
8  2018 Order (ECF No. 145) that "no further extensions will be granted," the Parties respectfully
9  request that in light of a settlement being reached that the Court will provide the Parties a final
10 extension so no further discovery costs will need to be incurred while the settlement is being finalized;
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

WHEREAS, the Parties hereby stipulate and agree, subject to Court approval pursuant to Fed.R.Civ.P. 6(b), to provisionally extend the time to conduct the depositions of Liberty and AISLIC pursuant to Fed.R.Civ.P. 30(b)(6) until **January 31, 2019** to allow sufficient time for the Parties to finalize the written settlement agreement and release.

DATED: December 11, 2018　　　　　　DUANE MORRIS, LLP

By: /s/ *Tyson E. Hafen*
DOMINICA C. ANDERSON, ESQ.
Nevada Bar No. 2988
TYSON E. HAFEN, ESQ.
Nevada Bar No. 13139
Attorneys for Defendant LIBERTY MUTUAL
FIRE INSURANCE COMPANY

DATED: December 11, 2018　　　　　　HEROLD & SAGER

By: /s/ *Nicholas B. Salerno*
ANDREW D. HEROLD, ESQ.
Nevada Bar No. 7378
NICHOLAS B. SALERNO, ESQ.
Nevada Bar. No. 6118
JOSHUA A. ZLOTLOW, ESQ.
Nevada Bar No. 11333
Attorneys for Plaintiff AIG SPECIALTY
INSURANCE COMPANY F/K/A CHARTIS
SPECIALTY INSURANCE COMPANY AND
ALSO AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE COMPANY

GRANTED. Dismissal papers shall be filed by January 31, 2019. IT IS SO ORDERED.
Dated: December 12, 2018

_____
U.S. DISTRICT MAGISTRATE JUDGE