ANDREW D. HEROLD, ESQ.
Nevada Bar No. 7378
NICHOLAS B. SALERNO, ESQ.
Nevada Bar No. 6118
HEROLD & SAGER
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 990-3624
Facsimile: (702) 990-3835
aherold@heroldsagerlaw.com
nsalerno@heroldsagerlaw.com

Attorneys for Plaintiff AIG SPECIALTY INSURANCE COMPANY F/K/A CHARTIS SPECIALTY INSURANCE COMPANY AND ALSO AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY F/K/A CHARTIS SPECIALTY INSURANCE COMPANY AND ALSO AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation,<br><br>Defendant. | CASE NO. 2:17-cv-01260-APG-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE DISMISSAL PAPERS**<br><br>FIRST REQUEST |

Plaintiff AIG SPECIALTY INSURANCE COMPANY F/K/A CHARTIS SPECIALTY INSURANCE COMPANY AND ALSO AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY ("AISLIC") and Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty") (collectively, the "Parties"), by and through their attorneys of record, and pursuant to Local Rules IA 6-1(a)(b)(c) and 6-2, hereby stipulate and agree as follows:

///

**1**     WHEREAS the Parties previously submitted the Provisional Joint Stipulation and Proposed Order to Conduct Certain Depositions After the Existing Discovery Cut-Off Date in Light of Settlement (Doc 148) advising the court of their tentative settlement;

    WHEREAS the court granted the Provisional Joint Stipulation and Proposed Order to Conduct Certain Depositions After the Existing Discovery Cut-Off Date in Light of Settlement and set a deadline of January 31, 2019 to file dismissal papers (Doc. 149);

    WHEREAS the Parties have negotiated, exchanged and agreed to the form and content of a written settlement agreement and release;

    WHEREAS additional time is needed before dismissal papers can be filed to obtain signatures to the settlement agreement and release and issue the settlement payment;

    The Parties hereby stipulate and request that the deadline to file dismissal papers is extended 30 days.

DATED: January 25, 2019         **HEROLD & SAGER**

By: */s/ Nicholas B. Salerno*
NICHOLAS B. SALERNO, ESQ., SBN 6118
Attorneys for Plaintiff AIG SPECIALTY INSURANCE COMPANY F/K/A CHARTIS SPECIALTY INSURANCE COMPANY AND ALSO AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY

DATED: January 25, 2019         **DUANE MORRIS LLP**

By: */s/ Tyson E. Hafen*
DOMINICA C. ANDERSON, ESQ., SBN 2988
TYSON E. HAFEN, ESQ., SBN 13139
Attorneys for Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY

**IT IS SO ORDERED:**

DATED: January 28, 2019

UNITED STATES MAGISTRATE JUDGE